UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Civil Action No. 08-CV-00505(SAS)<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | DAVID GARFINKLE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

     PLEASE TAKE NOTICE that putative class member David Garfinkle will and hereby does move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, Room 1620, New York, New York 10007, for an order: (1) appointing David Garfinkle as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4; and (2) approving David Garfinkle's selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel.  In support of this motion, David Garfinkle submits the accompanying Memorandum of Law, the Affidavit of David A. Rosenfeld and a [Proposed] Order.

DATED:  March 18, 2008          COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                  SAMUEL H. RUDMAN
                                  DAVID A. ROSENFELD

                                  s/ David A. Rosenfeld
                                  DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Centerline\NOT00049941.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 18, 2008.

      s/ David A. Rosenfeld
      DAVID A. ROSENFELD

      COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
      58 South Service Road, Suite 200
      Melville, NY 11747
      Telephone: 631/367-7100
      631/367-1173 (fax)

      E-mail:drosenfeld@csgrr.com

## Mailing Information for a Case 1:08-cv-00505-SAS

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alan Ian Ellman**
  aellman@labaton.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Andrei V. Rado**
  arado@labaton.com

- **Richard A. Rosen**
  rrosen@paulweiss.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)